UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JOHN HENRY MORRIS AND
LISA WILLEEN CLARK,

Debtor(s).

Case No. 16-46766-MLO

Chapter 13

HON. MARIA L. OXHOLM

_______________________________________/

## RESPONSE BY THE STATE OF MICHIGAN DEPARTMENT OF TREASURY TO TRUSTEE'S OBJECTION TO ITS CLAIM

Defendant, State of Michigan, Department of Treasury, through its attorneys, Bill Schuette, Attorney General, and Moe Freedman, Assistant Attorney General responds as follows.

1. The Michigan Department of Treasury (Treasury) filed proof of claim in this case including claim 5-1 and claim 7-1, both in the amount of $898.11

2. These claims were for the same unpaid taxes for which the debtors' are jointly and severally liable.

3. Treasury filed separate claims because Treasury filed a lien against Lisa Willeen Clark, but does not hold a similar lien against John Henry Morris.

4. Treasury does not expect to be paid on both claims.

5. The Trustee is currently paying claim 7.

6. When claim 7 is paid Treasury will withdraw the claim 5.

Based on the above, the Michigan Department of Treasury respectfully requests that the Debtor's objection to Treasury's claims be denied.

Respectfully submitted,

BILL SCHUETTE
Attorney General of Michigan

*/s/ Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202
(313) 456-0140
FreedmanM1@michigan.gov

Dated: March 13, 2017